UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL BRYANT HACKNEY,<br><br>    Defendant. | NO. CR-07-404-RHW-3<br><br>**ORDER DIRECTING GOVERNMENT TO RESPOND** |
|---|---|

Before the Court is Defendant's ex parte Application to Unseal the Transcripts and Minutes to Defendant Hackney's Sentencing Hearings, ECF No. 282. Defendant indicates that prison officials housing him have indicated an interest to him in making a motion for a reduced sentence on his behalf and they want to review the transcripts from his sentencing in support of that motion. No opposition to the motion has been filed by the Government. Before the Court can rule on the motion, it needs to determine whether good cause exist to continue to seal these records.

Accordingly, **IT IS HEREBY ORDERED:**

///
///
///
///
///
///

**ORDER DIRECTING GOVERNMENT TO RESPOND** ~ 1

1.   Within **7 days** from the date of this Order, the Government is directed to file a response to Defendant's ex parte Application to Unseal the Transcripts and Minutes to Defendant Hackney's Sentencing Hearings.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 13th day of February, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesD30550\order.wpd

**ORDER DIRECTING GOVERNMENT TO RESPOND ~ 2**